**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 08-cv-01078-REB-CBS

KIMBERLEY RALSTON,

    Plaintiff,

v.

ANDREW SNYDER, Reg. #34929,
LAW FIRM OF CASTLE MEINHOLD & STAWIARSKI, LLC, and
MARGARET T. CHAPMAN,

    Defendants.

**ORDER ADOPTING RECOMMENDATION OF THE
UNITED STATES MAGISTRATE JUDGE**

**Blackburn, J.**

    This matter is before me on the **Recommendation of United States Magistrate Judge** [#20] filed September 19, 2008.  No objections to the recommendation have been filed.  Therefore, I review the recommendation only for plain error.  ***See Morales-Fernandez v. Immigration & Naturalization Service***, 418 F.3d 1116, 1122 (10th Cir. 2005).[1]  Finding no error, much less plain error, in the magistrate judge's recommendation, I find and conclude that the magistrate judge's recommendation should be approved and adopted.

    **THEREFORE, IT IS ORDERED** as follows:

    1. That the **Recommendation of United States Magistrate** [#20] filed September 19, 2008, is **APPROVED AND ADOPTED** as an order of this court;

    2. That this civil action is **DISMISSED** with prejudice under FED. R. CIV. P. 4(m)

---

[1] This standard pertains even though plaintiff is proceeding *pro se.*  **Morales-Fernandez**, 418 F.3d at 1122.

based on the plaintiff's failure timely to serve defendants and under D.C.COLO. LCivR 41.1 for failure to appear at the September 12, 2008, status conference, failure to prosecute this civil action, failure to notify the court of a current address or telephone number, and failure to comply with the court's orders, the Local Rules of Practice for the United States District Court for the District of Colorado-Civil, and the Federal Rules of Civil Procedure;

    3. That the claims against defendants, Andrew Snyder, Reg. #34929, the Law Firm of Castle Meinhold & Stawiarski, LLC, and Margaret T. Chapman, are **DISMISSED** with prejudice under Fed. R. Civ. P. 4(m); and

    4.  That this case is **DISMISSED** and **CLOSED**.

Dated December 8, 2010, at Denver, Colorado.

                                                        **BY THE COURT:**

*(signed)* Bob Blackburn
Robert E. Blackburn
United States District Judge